[No. 14427-1-II.   Division Two.   October 23, 1991.]

TUBA CEDAR, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 89-2-02004-9, Daniel J. Berschauer, J., entered October 19, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Alexander, J.

[No. 14007-1-II.   Division Two.   October 23, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. ARNOLD GLENN ORTIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-1-00165-0, Don L. McCulloch, J., entered June 7, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Morgan, J.

[No. 14419-1-II.   Division Two.   October 23, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNDELEAO JOY BANKS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 172513R180, Frederick B. Hayes, J., entered October 19, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.